# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Billy Palmer, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. ) 13-00025-CV-W-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) ) |

## O R D E R

On October 24, 2013, the Court heard oral argument on the *Plaintiff's Brief,* filed May 23, 2013, [Doc. 9] and the *Brief For Defendant*, filed August 5, 2013, [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                             */s/ John T. Maughmer*
                                             **JOHN T. MAUGHMER**
                                             **U. S. MAGISTRATE JUDGE**